UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                )
                                      )
BAILEY, DOUGLAS                       )    CASE NO. 09-10808
                                      )    CHAPTER 7
        Debtor                        )

## NOTICE OF DEPOSIT FOR DISBURSEMENTS LESS THAN $5.00

Comes now R. David Boyer, the duly appointed and acting trustee in the above-captioned case, and shows the Court that pursuant to FRBP 3010, the following creditor is entitled to a distribution of less than $5.00 each:

| Creditor | Amount |
| --- | --- |
| Affordable Granite & Sons | $3.71 |
| Idearc Media | $1.76 |
| American Infosource | $0.13 |

WHEREFORE, Trustee hereby issues a check made payable to the U.S. Bankruptcy Clerk in the total amount of $5.60 for the use and benefit of the parties set forth herein.

Submitted this 14 day of January, 2010.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
927 S Harrison Street, Suite 200E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 14 day of January, 2010 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov
**Notice will be mailed by ordinary mail, postage prepaid to:**
Affordable Granite & Stone, 1501 Fairfield Ave, Fort Wayne, IN 46802
Idearc Media, 5601 Executive Dr, Irving, TX 75038
American Infosource, PO Box 248838, Oklahoma City, OK 73124-8838

/s/ Renee M. Schohl
Renee M. Schohl